## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
**UNITED STATES of AMERICA**            )
                                        )
                                        )     **Criminal Action No.**
                       **v.**           )     **06-40006-FDS**
                                        )
**STEPHEN A. SCOTT,**                   )
                                        )
               **Defendant.**           )
_____)

## ORDER DENYING MOTION
## FOR CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

The motion of petitioner Stephen A. Scott for a certificate of appealability from the

Court's order of March 18, 2013, denying petitioner's motion to vacate his sentence under 28

U.S.C. § 2255 is DENIED.

A Certificate of Appealability will issue only if the petitioner "has made a substantial

showing of the denial of a constitutional right."  § 2253(c)(2).  This standard is satisfied by

"demonstrating that jurists of reason could disagree with the district court's resolution of

[petitioner's] constitutional claims or that jurists could conclude the issues presented are

adequate to deserve encouragement to proceed further."  *Miller-El v. Cockrell*, 537 U.S. 322,

327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).  That standard has not been

satisfied here, as the Court concludes that jurists of reason could not disagree with the resolution

of petitioner's constitutional claims and would not conclude that the issues presented are

adequate to deserve encouragement to proceed further.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated:  April 16, 2013                    United States District Judge